NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KENNETH FRAZIER,                    )
                                    )
            Appellant,              )
                                    )
v.                                  )       Case No. 2D17-1157
                                    )
STATE OF FLORIDA,                   )
                                    )
            Appellee.               )
_____ )

Opinion filed May 11, 2018.

Appeal from the Circuit Court for Collier
County; Christine Greider, Judge.

Kenneth Frazier, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Cornelius C. Demps,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

            Affirmed.

NORTHCUTT, KHOUZAM, and BADALAMENTI, JJ., Concur.